UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD G. FRIES, JR.,

    Plaintiff,

v.                                                       Case No. 3:17-cv-0324-J-20MCR

ANGELA COREY, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Magistrate Judge's Report and Recommendation (Dkt. 10), addressing Plaintiff's Amended Complaint (Dkt. 8) and "Application to Proceed in District Court Without Prepaying Fees or Costs" (Dkt. 9). The Magistrate Judge recommended that Plaintiff's Application be denied and that this case be dismissed without prejudice for Plaintiff's failure to follow the Courts instructions and submit an amended complaint which states a plausible claim.

No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is adopted;

2. Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" (Dkt. 9) is **DENIED**;

3. This case is **DIMISSED without** prejudice for Plaintiff's failure to follow the

Court's instructions and submit an amended complaint which states a plausible claim; and

4. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 28 day of September, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Richard G. Fries, *Pro Se*